AO 458 (Rev. 10/95)   Appearance

*filed in open court 7/2/04*

# UNITED STATES DISTRICT COURT

04/1809
CBS.

DISTRICT OF *Massachusetts*

## APPEARANCE

Case Number: 04/1809.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   *James Gardner*

I certify that I am admitted to practice in this court.

Date: 6/30/04

Signature

Print Name   *Ted Beaufarlant*   Bar Number

Address   *166 Kenoza Ave.*

City   *Haverhill, MA*   State   Zip Code   *01830*

Phone Number   *978-521-4977*   Fax Number