AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

JAMES R. GARDNER

**WARRANT FOR ARREST**

CASE NUMBER: 04-1800-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _James R. Gardner_
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _21_ United States Code, Section(s) _846 and 841(a)(1)_

Charles B. Swartwood III                    US Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                   06-29-2004    Boston, MA
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____  by _____
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/30/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: James R. Gardner

ALIAS: _____

LAST KNOWN RESIDENCE: 14 Centennial Ave., Apt. 1, Gloucester, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: Gloucester, MA

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7752

HEIGHT: 5'9"          WEIGHT: 190

SEX: M               RACE: W

HAIR: Brown          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA