kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

10.  The defendant JARED KNOWLTON is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

13.  The defendant JAMES GARDNER is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04
@ 12:25 pm

-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

04 CR 1 0288 SNG

**Place of Offense:**  Gloucester          **Category No.** II          **Investigating Agency** DEA

**City**  Gloucester                **Related Case Information:**

**County**  Essex                Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Espinola, Carlos _____          Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address   63 Endicott Street, Peabody, Massachusetts _____

Birth date (Year only):  1977  SSN (last 4 #):  3506  Sex  M  Race:  W _____ Nationality: _____

**Defense Counsel if known:**    Bradford E. Keene _____    **Address:** 220 Broadway, Suite 402
                                                                         Lynnfield, MA 01940

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin _____    **Bar Number if applicable** 552558 _____

**Interpreter:**    ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**    06/30/04 _____

☒ **Already in Federal Custody as**   of 06/30/04 _____    in   Boston, MA _____  .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by** _____  **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  09/22/04                    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Espinola, Carlos

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet** 04 CR 1 0 2 8 8 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody _____ **Category No.** II _____ **Investigating Agency** DEA _____

**City** Peabody _____

**County** Essex _____

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jose F. Melo _____ Juvenile ☐ Yes ☒ No

**Alias Name** Jose Mello _____

**Address** 20 Tracey Street, Apt. 1, Peabody, MA _____

**Birth date (Year only):** 1976 **SSN (last 4 #):** 3506 **Sex** M **Race:** W **Nationality:** _____

**Defense Counsel if known:** Stephen Neyman **Address:** 160 State Street, 8ᵗʰ Floor
Boston, MA 01209

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin _____ **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04 _____

☒ **Already in Federal Custody as** of 06/30/04 **in** Boston, MA
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04 **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose F. Melo _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding/Abetting | 16 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding/Abetting | 17 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/02)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:** __Gloucester__     **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Gloucester__          **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __Joseph Baldassano__          Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __220 Washington Street, Gloucester, MA__

Birth date (Year only): __1981__  SSN (last 4 #): __9858__  Sex __M__  Race: __W__     Nationality: _____

**Defense Counsel if known:** __Elliot M. Weinstein__     **Address:** __228 Lewis Wharf__
__Boston, MA  02110__

**Bar Number:** _____

### U.S. Attorney Information:

AUSA __David G. Tobin__          **Bar Number if applicable** __552558__

**Interpreter:**    ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes   ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:** __06/30/04__

☒ **Already in Federal Custody as** __of 06/30/04__     in __Boston, MA__ .
☐ **Already in State Custody** _____     ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____  **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __4__

### Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Joseph Baldassano _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1028 UNS U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Matthew Cream    Juvenile ☐ Yes ☒ No

Alias Name _____

Address    16 Harrison Avenue, Gloucester, MA

Birth date (Year only): 1981    SSN (last 4 #): 7776    Sex M Race: W    Nationality: _____

**Defense Counsel if known:** Bruce G. Linson    **Address:** 220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by CBS    on 07/23/04

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jason Matthews          Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   57 Prospect Street, Apt. 1, Gloucester, MA

Birth date (Year only):   1980   SSN (last 4 #):   4102   Sex  M  Race:   W          Nationality: _____

**Defense Counsel if known:**   Richard M. Welsh          **Address:** 80 Worcester Street, Suite 5
North Grafton, MA 01536

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin          **Bar Number if applicable**   552558

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   07/02/04

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial

☒ On Pretrial Release:   Ordered by  CBS          on   07/12/04

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

### Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Jason Matthews _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    01CR 10288 NG    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Gloucester    **Category No.**  II    **Investigating Agency**  DEA

**City**  Gloucester

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Joseph Allen    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address**  8 Reservoir Road, Gloucester, MA

**Birth date (Year only):**  1978  **SSN (last 4 #):**  2491  **Sex**  M  **Race:**  W  **Nationality:** _____

**Defense Counsel if known:**  James L. Sultan    **Address:**  1 Commercial Wharf North
Boston, MA  02110

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**  07/02/04

☐ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by**  RWZ    **on**  08/09/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Joseph Allen _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Allen JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/19/04)

**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II      **Investigating Agency** DEA

**City** Gloucester        **Related Case Information:**

**County** Essex

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 04-MJ-01809-CBS |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Keith Behsman      Juvenile   [ ] Yes   [X] No

**Alias Name** _____

**Address** 40 Sarah Avenue, Lowell, Massachusetts

**Birth date (Year only):** 1978   **SSN (last 4 #):** 4464   **Sex** M   **Race:** B    **Nationality:** _____

**Defense Counsel if known:** Michael C. Bourbeau    **Address:** 21 Union Street
       Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin      **Bar Number if applicable** 552558

**Interpreter:** [ ] Yes [X] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [X] No

     [ ] **Warrant Requested**    [ ] **Regular Process**    [X] **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

[X] **Already in Federal Custody as** of 06/30/04    **in** Boston, MA  .
[ ] **Already in State Custody** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[ ] **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:** [ ] **Complaint**    [ ] **Information**    [X] **Indictment**

**Total # of Counts:** [ ] **Petty** _____ [ ] **Misdemeanor** _____ [X] **Felony** 9

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Keith Behsman _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

04 CR 10288 MLW

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody _____     **Category No.** II _____     **Investigating Agency** DEA _____

**City** Peabody _____          **Related Case Information:**

**County** Essex _____     Superseding Ind./ Inf. _____     Case No. _____
                             Same Defendant _____     New Defendant _____
                             Magistrate Judge Case Number   04-MJ-01809-CBS _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jonathan Mitchell _____          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   5 Exchange Street, Gloucester, MA _____

Birth date (Year only): 1979   SSN (last 4 #): 7923   Sex M   Race: W _____   Nationality: _____

**Defense Counsel if known:**   Edward J. O'Reilly _____     **Address:** 46 Middle Street, 2nd Floor _____
                                                                          Gloucester, MA 01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin _____     **Bar Number if applicable** 552558 _____

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** 06/30/04 _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by CBS _____ on 07/02/04 _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 3 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/98)

04 CR 1 0 2 8 8 NG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City  Gloucester                    **Related Case Information:**

County  Essex                    Superseding Ind./ Inf.  _____  Case No.  _____
                                Same Defendant  _____  New Defendant  _____
                                Magistrate Judge Case Number  04-MJ-01809-CBS
                                Search Warrant Case Number  _____
                                R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  James R. Gardner                    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only):  1978  SSN (last 4 #):  7752  Sex  M  Race:  W  Nationality:  _____

Defense Counsel if known:  Theodore W. Beauparlant    Address:  166 Kenoza Avenue
                                                          Haverhill, MA  01830
Bar Number:  _____

**U.S. Attorney Information:**

AUSA  David G. Tobin                    Bar Number if applicable  552558

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect:  _____

Matter to be SEALED:  ☐ Yes  ☒ No

        ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:  06/30/04

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  CBS          on  07/02/04

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  09/22/04          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   James R. Gardner _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Gloucester__    **Category No.** __II__    **Investigating Agency** __DEA__

**City** __Gloucester__    **Related Case Information:**

**County** __Essex__

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | __04-MJ-01809-CBS__ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name  __Philip R. Albert, Jr.__    Juvenile  [ ] Yes  [X] No

Alias Name  _____

Address  __10 Babson Street, Gloucester, MA__

Birth date (Year only): __1977__  SSN (last 4 #): __8899__  Sex __M__  Race: __W__    Nationality: _____

**Defense Counsel if known:**  __John Andrews & Marc Salinas__    **Address:** __70 Washington Street, Suite 211__
__Salem, MA 01970__

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  __David G. Tobin__    **Bar Number if applicable**  __552558__

**Interpreter:**  [ ] Yes  [X] No    **List language and/or dialect:** _____

**Matter to be SEALED:**  [ ] Yes  [X] No

    [ ] **Warrant Requested**    [X] **Regular Process**    [ ] **In Custody**

**Location Status:**

**Arrest Date:**  __06/30/04__

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[X] On Pretrial Release:  Ordered by __CBS__  on __07/02/04__

**Charging Document:**  [ ] Complaint  [ ] Information  [X] Indictment

**Total # of Counts:**  [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Philip R. Albert, Jr. _____

U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3  21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 3/25/02)    **04 CR 1 0 2 8 8 NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Peabody _____    **Category No.**  II _____    **Investigating Agency**  DEA _____

**City**  Peabody _____

**County**  Essex _____

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Jared Knowlton _____    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address**  11 Tolman Avenue, Gloucester, MA _____

**Birth date (Year only):**  1974  **SSN (last 4 #):**  1719  **Sex**  M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:**  Michael F. Natola    **Address:**  240 Commercial Street, Suite 2B
                                                              Boston, MA  02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin _____    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

            ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**  06/30/04 _____

☐ **Already in Federal Custody as** _____  in _____  .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  Ordered by  CBS _____  on  07/02/04

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  09/22/04              **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jared Knowlton _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| **Set 2**  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| **Set 3**  21 USC 853 | Forfeiture Allegation | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/7/2002)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Archibald MacLeod    **Juvenile** ☐ Yes ☐ No

**Alias Name** _____

**Address** 124-Rear Centennial Avenue, Gloucester, MA

Birth date (Year only): ___ SSN (last 4 #): ___ Sex ___ Race: ___ Nationality: ___

**Defense Counsel if known:** Roger Witkin    **Address:** 6 Beacon Street, Suite 1010
Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/12/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by CBS    on   07/12/04

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony 5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Archibald MacLeod _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/02)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _Gloucester_     **Category No.** _2_     **Investigating Agency** _DEA_

**City** _Gloucester_     **Related Case Information:**

**County** _Essex_

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _04-MJ-01809-CBS_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** _Giuseppe S. Torrente_     Juvenile   ☐ Yes   ☒ No

**Alias Name** _Joseph Torrente_

**Address** _9 Fleetwood Drive, Gloucester, MA_

**Birth date (Year only):** _1980_ **SSN (last 4 #):** _9986_ **Sex** _M_ **Race:** _W_    Nationality: _____

**Defense Counsel if known:** _Stephen D. Judge_    **Address:** _23 Central Avenue #605_
                                                             _Lynn, MA 01901_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _David G. Tobin_     **Bar Number if applicable** _552558_

**Interpreter:** ☐ Yes   ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   ☒ No

    ☐ **Warrant Requested**     ☒ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _07/15/04_

☐ **Already in Federal Custody as** _____ in _____ .

☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**

☒ **On Pretrial Release:** **Ordered by** _CBS_ **on** _07/15/04_

**Charging Document:** ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** _3_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _09/22/04_     **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Giuseppe S. Torrente _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)