UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS     FILED
IN CLERK'S OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2004 OCT 27  A II: 57 |
| | ) | |
| | ) | |
| | ) | U.S. DISTRICT COURT |
| v. | ) | DISTRICT OF MASS. |
| | ) | Criminal No. 04-10288-NG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| CARLOS ESPINOLA, ET AL. | ) | |
| | ) | |

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _James Gardner_

[X] states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ] waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B).  Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.


_____
Defendant

_____
Attorney for the Defendant


_10-26-04_____
Date