

UNITED STATES

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CRIMINAL NO. 04 10288 RWZ 09

JAMES GARDNER

### MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT

The Defendant moves to strike as surplusage from the indictment the entire contents of pages 21 through and including page 24 of the indictment, entitled "Notice of Additional Factors".

The additional factors referred to are matters under the United States Guidelines that have been declared unconstitutional. See *United States v. Booker and Fanfan*  ___ U.S. ___ (2005).

See *United States v. Dose,* 2005 WL 106493, U.S. Dist. LEXIS 526 (N.D. Iowa, Jan. 12, 2005) (Zoss, M.J.) (recommending in light of *Booker* that defendants' motion to strike "notice of additional relevant facts" from superseding indictment as surplusage be granted.) See also *United States v. Dottery,* ___ F. Supp. 2d ___ , 2005 WL 174634, U.S. Dist. LEXOS 1071 (E.D. Mich. Jan. 24, 2005) (Lawson, J. ) Because *Booker* has rendered addition of sentencing factors to indictment unnecessary, concluding that

[s]ince the superseding indictment added only the sentencing factors and nothing else, the Court believes that all prejudice, real and imagined, will be removed by dismissing the superseding indictment and proceeding to trial on the original indictment.

Respectfully submitted,<br>
Defendant,<br>
By his Attorney,<br>
<br>
Theodore W. Beauparlant, Esq<br>
166 Kenoza Avenue<br>
Haverhill, MA  01830<br>
(978) 521-4477<br>
BBO# 553763

Dated: February 15, 2005

UNITED STATES

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 18 P 1: 11
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES

V.                                   CRIMINAL NO. 04 10288 RWZ 09

JAMES GARDNER

## CERTIFICATE OF SERVICE

I, Theodore W. Beauparlant, hereby certify that a true copy of the within document was served upon attorney of record for the United States, AUSA David. G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA and a courtesy copy to Lisa Roland, Courtroom Clerk for Honorable Charles B. Swartwood, III, United States Magistrate Judge by mail this date.

Theodore W. Beauparlant, Esq
166 Kenoza Avenue
Haverhill, MA 01830
(978) 521-4477
BBO# 553763

Dated: February 15, 2005

UNITED STATES V. JAMES GARDNER
CRIMINAL NO. 04 10288 RWZ 09
SERVICE LIST

Bradford E. Keene, Esq.
Keene & Gizzi
220 Broadway, Suite 402
Lynnfield, MA 01940

Stephen Neyman, Esq.
160 State Street, 8th Floor
Boston, MA 02109

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110

Bruce G. Linson, Esq.
220 Commercial Street
Boston, MA 02109

Richard Welsh, Esq.
80 Worcester Street, Suite 5
North Grafton, MA 01536

James Sultan, Esq.
Rankin & Sultan
1 Commercial Wharf N
Boston, MA 02110

Michael C. Bourbeau, Esq.
Bourbeau & Bonilla
21 Union Street
Boston, MA 02108

Edward J. O'Reilly, Esq.
46 Milton Street
Gloucester, MA 01930

Roger Witkin, Esq.
6 Beacon Street
Boston, MA 02108

John Andrews, Esq.
70 Washington St., Suite 211
Salem, MA 01970

Marc R. Salinas, Esq.
70 Washington St., Suite 212
Salem, MA 01970

Michael F. Natola, Esq.
McBride & Natola
240 Commercial Street, Suite 2B
Boston, MA 02109

Stephen D. Judge, Esq.
23 Central Ave., #605
Lynn, MA 01901