UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL# 04 10288 RWZ 09

UNITED STATES

V.

JAMES GARDNER

### DEFENDANT, JAMES GARDNER'S, MOTION FOR LEAVE TO FILE INDIVIDUAL MOTIONS FOR DISCOVERY AND TO EXTEND THE DEADLINE TO FILE MOTIONS FOR DISCOVERY

James Gardner, the defendant in the above-captioned criminal case, hereby moves this Court for leave to file individual discovery motions and to extend the deadline to file any motions for discovery. As grounds therefore, the defendant states as follows:

1. On or about January 27, 2005, s status conference was held before Magistrate Judge Charles B. Swartwood, III.

2. Following the status conference, a status report issued on January 31, 2005. The status report indicated that counsel for all defendants shall confer for the purposes of filing a consolidated discovery motion on behalf of all defendants by March 4, 2005. The report further stated that if a defendant seeks to file individual discovery related motions, counsel shall file a timely motion stating the grounds for the request.

3. The Government has identified over 200 items of audio/videotaped surveillance evidence in this case. As more particularly described in the attached affidavit, counsel for James Gardner is continuing to review the audio-visual evidence in this case. This process is extraordinarily time consuming because of the volume of evidence and certain limitations put in place by the Government.

4. Counsel for James Gardner must review all of the audio-visual evidence before determining what discovery motions, if any, should be filed. It is anticipated that if any discovery motions are filed, they will be specific and unique to alleged conversations and meetings that occurred between undercover law enforcement agents and Mr. Gardner. Therefore, Mr.

Gardner requires leave to file individual discovery motions if the issues cannot be resolved in accordance with Local Rule 116.

5. The defendant, James Gardner, further moves this Court to extend the deadline for his counsel to file any discovery motions until April 15, 2005. This extension will allow his counsel additional time to complete his review of the audio-visual evidence in this case. This extension will also provide his counsel the opportunity to inform the Court of their progress during the further status conference scheduled for April 13, 2005 without further intervention by the Court.

WHEREFORE, the defendant, James Gardner, requests that this Court grant him leave to file individual discovery motions and to extend the deadline to file any discovery motions until April 15, 2005. In further support thereof, the defendant submits that attached affidavit of his counsel, Theodore W. Beauparlant.

Respectfully submitted,
Defendant,
By his Attorney,

Theodore W. Beauparlant, Esq
166 Kenoza Avenue
Haverhill, MA 01830
(978) 521-4477

Dated: March 3, 2005                  BBO# 553763

UNITED STATES

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04 10288 RWZ 09

UNITED STATES

V.

JAMES GARDNER

### AFFIDAVIT OF THEODORE W. BEAUPARLANT

I, Theodore W. Beauparlant, do hereby depose and state as follows:

1. I am an attorney admitted to practice law in the Commonwealth of Massachusetts.

2. The United States of America has identified what appears to be over 200 items of audio and videotaped surveillance evidence in this case. The Government has provided to counsel a log of all the surveillance evidence and made the evidence available for inspection at the Office of the United States Attorney. This evidence is available for inspection so that each defendant is not required to incur costs associated with reproduction of evidence irrelevant to their defense.

3. My office has arranged to inspect the audio-visual evidence in this case and I have not had occasion to set a firm date to start viewing as of yet. In the past few days, I have discussed the defendant's joint motion for discovery in this matter, and have determined that of the seven lawyers I have spoken to, none would be filing that at this time. Two lawyers have indicated that they were going to file extensions and file individual discovery motions. I have not been contacted by one defense lawyer on this issue of a consolidated discovery motion.

4. This week and next, the United States Attorney, whom is engaged in this matter, is on vacation.

5. There is significant discovery that I need to review before filing for specific individual discovery in this action. I can assure the court that I could file my request by April 15, 2005. I can also assure the Government that my request will be very specific and very detailed. My client is alleged to have been engaged in only two transactions in this investigation.

*Signed under the pains and penalties of perjury this 4th day of March 2005.*

_____
Theodore W. Beauparlant, Esq.

UNITED STATES

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                        CRIMINAL NO. 04 10288 RWZ 09

JAMES GARDNER

**CERTIFICATE OF SERVICE**

I, Theodore W. Beauparlant, hereby certify on his day a true copy of the within document was served upon the attorney of record for the United States, AUSA David G. Tobin, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA and a courtesy copy to Lisa Roland, Courtroom Clerk for Honorable Charles B. Swartwood, III, United States Magistrate Judge by mail, as well as to the following counsel of record:

UNITED STATES V. CARLOS ESPINOL
CRIMINAL NO. 04 10288 RWZ
SERVICE LIST

AUSA David G. Tobin
Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Stephen Neyman, Esquire
160 State Street, 8th Floor
Boston, MA 02109

Richard Welsh, Esquire
80 Worcester Street, Ste. 5
North Grafton, MA 01536

James L. Sultan, Esquire
Rankin & Sultan
One Commercial Wharf North
Boston, MA 02110

Roger Witkin, Esquire
Six Beacon Street
Boston, MA 02018

Bradford E. Keene, Esquire
Keene & Gizzi
220 Broadway, Suite #402
Lynnfield, MA 01940

Elliot M. Weinstein, Esquire
228 Lewis Wharf
Boston, MA 02110

Edward J. O'Reilly, Esquire
46 Milton Street
Gloucester, MA 01930

Stephen Judge, Esquire
23 Central Avenue, Suite #605
Lynn, MA 01901

Michael Bourbeau, Esquire
Bourbeau & Bonilla
21 Union Street
Boston, MA 02108

Bruce G. Linson, Esq.
220 Commercial Street
Boston, MA 02109

Marc R. Salinas, Esq.
Andrews & Updegraph, PC
70 Washington St., Ste. 212
Salem, MA 01970

Michael Natola, Esquire
McBride & Natola
240 Commercial St., Ste. 2-B
Boston, MA 02109

Dated: 3/4/05

Theodore W. Beauparlant, Esq.
166 Kenoza Avenue
Haverhill, MA 01830
(978) 521-4477
BBO# 553763