## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-10288-RWZ
CARLOS ESPINOLA, ET AL         )
        Defendants,            )
_____)
```

### STATUS REPORT
### April 13, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

A consolidated discovery motion has been filed by most of the Defendants and the Government is to file its response to that motion by May 9, 2005. A hearing on that motion has been scheduled for May 19, 2005, at 11:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, <u>Boston, Massachusetts</u>.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on June 21, 2005, at 11:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, <u>Boston, Massachusetts</u>.

3. <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from March 18, 2005 (date of expiration of prior order of excludable time) through May 19, 2005 (date of hearing on Defendants' discovery motion). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, July 28, 2005</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE
</pre>