PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

James Gardner                    Docket No.# 1:04-CR-10288-RWZ-09

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant James Gardner , who was released on bail by the Honorable Charles B. Swartwood, July 2, 2004 under the following conditions:

1. Report to Boston Pretrial Services on July 6, 2004 and as directed.
2. Actively seek/maintain employment.
3. Not to apply for a passport.
4. Travel restricted to New England States with approval of the Pretrial Services Office.
5. Travel restricted to Massachusetts.
6. Not to possess any firearm, destructive devices or other dangerous weapons.
7. No excessive use of alcohol.
8. No use/possession of illegal drugs or controlled narcotics.
9. Participate in inpatient or outpatient drug treatment as directed.
10. Maintain residence.
11. No contact with potential witnesses.
12. No contact with any co-defendant's unless in the presence of counsel.
13. Notify Pretrial Services of any change in residence or any new arrests within 24 hours. /ss

And respectfully seeks action by the Court for violations that include:

*Please refer to attached violation memorandum dated April 26, 2006*



**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

__X__ Issue a Warrant

_____ Issue a Summons for the defendant to appear for a show cause hearing

_____ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2006  Place  Boston, Massachusetts

_____ Date 04/27/2006
Thomas M. O'Brien
U.S. Pretrial Services Officer


ORDER OF COURT

__✓__ Warrant to Issue

_____ Summons to issue. Clerk to schedule show cause hearing.

_____ Other:

Considered and ordered this _____ day of _____, 20__, and ordered filed and made part of the record in the above case.

_____
Judicial Officer



# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable Rya W. Zobel, U.S. District Court Judge |
| **cc:** | David Tobin, AUSA |
| | Theodore Beauparlant, Esq. |
| **From:** | Thomas M. O'Brien, U.S. Pretrial Services Officer |
| **Re:** | **Gardner, James** |
| | **CR# 04-10288** |
| | **Violation of Conditions of Release** |
| **Date:** | April 26, 2006 |

Subsequent to the March 17, 2006 Rule 11 Hearing before Your Honor, the defendant has violated his conditions of release. As a result, this officer seeking a warrant for Mr. Gardner's arrest.

Mr. Gardner has failed to report for drug testing per the color code on six occasions during the past six weeks. Accordingly, the defendant failed to respond to the color code drug testing schedule on the following dates: March 23, 2006, March 30, 2006, April 6, 2006, April 14, 2006, April 20, 2006 and April 25, 2006. Further, a review of the drug testing schedule reveals that Mr. Gardner failed to report to Pretrial Services for drug testing on two occasions prior to his March 17, 2006 Rule 11 Hearing ( March 9, 2006 and March, 2006 ).

Additionally, the defendant has failed to submit Narcotics Anonymous meeting slips as required by his conditions of release.

Honorable Rya W. Zobel
Judge, U.S. District Court
April 26, 2006
Page: Two

RE:   Gardner, James

Based on the above information this Pretrial Services Officer is requesting a warrant be issued for Mr. Gardner's arrest. Further, this officer would be seeking an immediate bail revocation hearing.

Reviewed by:

Basil F. Cronin
Supervisory U.S. Pretrial Services Officer