AO 442 (Rev. 5/93) Warrant for Arrest

877601

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

IN CLERKS OFFICE

2006 APR 28 P 2:57

UNITED STATES OF AMERICA

V.

JAMES GARDNER

**WARRANT FOR ARREST**
DISTRICT OF MASS.

Case    04CR10288-9-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JAMES GARDNER
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation    X Probation Violation Petition

charging him or her    (brief description of offense)

Failure to appear for drug testings.

in violation of          United States Code, Section(s)      3606

LISA A. URSO
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

4/27/06 BOSTON
Date and Location

Bail fixed at $ _____ by _____
                                                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

District of MA - Boston

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/27/2006 | DUSM Chris McEnaney | [signature] |
| DATE OF ARREST | | |
| 4/27/2006 | | |